IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

William L. Mentlik
Paul H. Kochanski
LERNER, DAVID, LITTENBERG,
KRUMHOLZ & MENTLIK, LLP
600 South Avenue West
Westfield, NJ 07090-1497
Tel: 908.654.5000
Fax: 908.654.7866
*Attorneys for Plaintiff Howmedica Osteonics Corp.*
WMentlik@ldlkm.com

Matthew P. O'Malley, Esq.
Tompkins, McGuire, Wachenfeld & Barry LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102-4047
(973) 622-3000
momalley@tompkinsmcguire.com

L. Norwood Jameson, Esq. *(admitted pro hac vice)*
Matthew C. Gaudet, Esq. *(admitted pro hac vice)*
Duane Morris LLP
1180 West Peachtree Street, Suite 700
Atlanta, Georgia 30309
(404) 253-6900
wjameson@duanemorris.com
mcgaudet@duanemorris.com

RECEIVED

JUN - 3 2010

AT 8:30_____M
WILLIAM T. WALSH
CLERK

---

| | |
|---|---|
| HOWMEDICA OSTEONICS CORP., | Civil Action No. |
| Plaintiff, | 00-cv-1167 (GEB) |
| v. | |
| WRIGHT MEDICAL TECHNOLOGY, INC. | **ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE** |
| Defendant. | |

1

THIS MATTER having been opened to the Court on joint motion by Lerner David Littenberg Krumholz & Mentlik, LLP, attorneys for Plaintiff Howmedica Osteonics Corp., and Tompkins, McGuire, Wachenfeld & Barry LLP, attorneys for Defendant Wright Medical Technology, Inc., for an Order granting the parties' joint motion for entry of stipulation of dismissal with prejudice, and the Court having considered the papers submitted by the parties and oral argument, if requested by the Court, and for good and sufficient cause shown:

IT IS on this 28th day of May, 2010,

ORDERED that the parties' Joint Motion for Entry of Stipulation of Dismissal is hereby GRANTED in its entirety; and it is further

ORDERED that Plaintiff Howmedica Osteonics Corp.'s claims and Complaint against Defendant Wright Medical Technology, Inc. be, and they hereby are, DISMISSED WITH PREJUDICE; and it is further

ORDERED that Defendant Wright Medical Technology, Inc.'s counterclaims against Plaintiff Howmedica Osteonics Corp. be, and they hereby are, DISMISSED WITH PREJUDICE, except Wright Medical Technology Inc. shall have the right in any future action to assert any and all defenses and counterclaims to the '100 Patent, including non-infringement, invalidity and/or unenforceability (specifically including inequitable conduct); and it is further

2

ORDERED that in view of the parties' settlement, the Court's November 24, 2009 Order [Civil Docket No. 147], is hereby VACATED; and it is further

ORDERED that a copy of this Order shall be served upon counsel for the parties within five (5) days of receipt thereof.

SO ORDERED.

_____
The Honorable Garrett E. Brown, Jr.
Chief United States District Judge